# UNITED STATES DISTRICT COURT

_____ DISTRICT OF MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ05-m-211 JLA

LEONEL ESMEDY GUERRA-PIMENTEL, a.k.a. "Leo,"
a.k.a. Jose Alfredo Santiago; FERNANDO HERNANDEZ-
GONZALEZ, a.k.a. "Nata," CARLOS J. GONZALEZ-
ORTIZ, a.k.a. "Marcial," a.k.a. Francisco Diaz; ANGEL R.
VASQUEZ, a.k.a. "Robertico," a.k.a. "Roberto," a.k.a. Milton
J. Martinez; ARTURO ROSA, a.k.a. "Victor," a.k.a. "Peje";
LUIS MANUEL GONZALEZ-CALDERON, a.k.a. "Gordo,"
a.k.a. Rafael Jimenez; MANUEL FLORENTINO, a.k.a.
"Lilo"; WILLIAM MARTINEZ, a.k.a. "Loro," a.k.a. "Lorito"

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. From in or about November 2004 through April 6, 2005 in Suffolk and Norfolk counties, in the District of Massachusetts and elsewhere, defendants did, (Track Statutory Language of Offense)

knowingly and intentionally conspire with one and other and with other persons unknown, to distribute five kilograms or more of cocaine, a Schedule II controlled substance,

in violation of Title __21__ United States Code, Section(s) 841(a)(1), (b)(1)(A)(ii) and 846.

I further state that I am a(n) **Drug Enforcement Administration** and that this complaint is based on the following facts:
                                    Official Title

**See Attached Affidavit of SA Mark Tully**

Continued on the attached sheet and made a part hereof:  X Yes  ☐ No

_____
Signature of Complainant
**Mark Tully**
Special Agent
Drug Enforcement Administration

Sworn to before me and subscribed in my presence,

April 6, 2005                at       Boston, Massachusetts
Date                                  City and State

**HON. JOYCE LONDON ALEXANDER**
**UNITED STATES MAGISTRATE JUDGE**
Name and Title of Judicial Officer

_____
Signature of Judicial Officer

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:** _____    **Category No.** I    **Investigating Agency** DEA

**City** Boston    **Related Case Information:**

**County** Suffolk    **Superseding Ind./ Inf.** _____    **Case No.** _____
**Same Defendant** _____ **New** _____
**Magistrate Judge Case Number** _____
**Search Warrant Case** _____
**R 20/R 40 from District of** _____

**Defendant Information:**

**Defendant Name** Leonel Esmendy Guerra-Pimentel    **Juvenile** ☐ Yes ☒ No

**Alias Name** Jose Santiago, a/k/a Jose M. Costa-Melendez

**Address** 162 Garfield Avenue, Hyde Park, MA

**Birth date (Year** 1976  **SSN (last 4** _____ **Se** M **Race:** WHITE **Nationalit** Hispanic

**Defense Counsel if** Unknown    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil J. Gallagher    **Bar Number if** _____

**Interpreter:** ☒ Yes ☐ No    **List language and/or dialect:** SPANISH

**Matter to be SEALED:** ☒ Yes ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody _____ in _____ .
☐ Already in State _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial    Ordered _____ on _____

**Charging Document:**    ☒ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeano _____    ☒ Felony One

Continue on Page 2 for Entry of U.S.C. Citations

x    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date** 4/6/05    **Signature of** _(signature)_

≈JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    <u>Leonel Esmendy Guerra-Pimentel</u>

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21/846 | conspiracy to distribute cocaine | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: _____   Category No. __I__   Investigating Agency __DEA__

City __Boston__   Related Case Information:

County __Suffolk__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____ New _____
Magistrate Judge Case Number _____
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __FERNANDO HERNANDEZ-GONZALES__   Juvenile ☐ Yes ☒ No

Alias Name __"Nata"__

Address __734 Western Avenue, Apt 1, Lynn, MA__

Birth date (Year __1979__  SSN (last 4 __0681__  Se __M__  Race: __WHITE__  Nationalit __Hispanic__

Defense Counsel if __Unknown__   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil J. Gallagher__   Bar Number if _____

Interpreter: ☒ Yes ☐ No   List language and/or dialect: __SPANISH__

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody _____ in _____
☐ Already in State _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial   Ordered _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____  ☐ Misdemeano _____  ☒ Felony __One__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date __4/6/05__   Signature of _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant   FERNANDO HERNANDEZ-GONZALES

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21/846 | conspiracy to distribute cocaine | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

₰JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: _____    Category No. **I**    Investigating Agency **DEA**

City **Boston**    Related Case Information:

County **Suffolk**    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____ New
Magistrate Judge Case Number _____
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **CARLOS J. GONZALEZ-ORTIZ**    Juvenile ☐ Yes  ☒ No

Alias Name **"Marcial," a.k.a. Francisco Diaz**

Address **136 Seaver St., Apt 45, Boston, MA**

Birth date (Year **1978**  SSN (last 4 **7214**  Se **M**  Race: **Hispanic**  Nationalit **Dom. Rep.**

Defense Counsel if    **Unknown**    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA **Neil J. Gallagher**    Bar Number if _____

Interpreter:  ☒ Yes  ☐ No    List language and/or dialect: **SPANISH**

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody _____ in _____
☐ Already in State _____    ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial    Ordered _____ on _____

Charging Document:    ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeano _____    ☒ Felony **One**

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date **4/6/05**    Signature of [signature]

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    CARLOS J. GONZALEZ-ORTIZ

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21/846 | conspiracy to distribute cocaine | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: _____    Category No. __I__    Investigating Agency __DEA__

City __Boston__    Related Case Information:

County __Suffolk__    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____ New _____
Magistrate Judge Case Number _____
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ANGEL R. VASQUEZ__    Juvenile ☐ Yes ☒ No

Alias Name __ROBERTICO,__

Address __136 Seaver St., Apt 136, Dorchester, MA__

Birth date (Year __1980__  SSN (last 4 __7845__  Se __M__  Race: __Hispanci__  Nationalit __Dom. Rep.__

Defense Counsel if __Unknown__    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil J. Gallagher__    Bar Number if _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: __SPANISH__

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody _____ in _____
☐ Already in State _____    ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial    Ordered _____ on _____

Charging Document:    ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:    ☐ Petty _____    ☐ Misdemeano _____    ☒ Felony  __One__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date __4/6/05__    Signature of _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     ANGEL R. VASQUEZ_____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21/846 | conspiracy to distribute cocaine | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

# Criminal Case Cover Sheet U.S. District Court - District of Massachusetts

Place of Offense: _____ Category No. **I** _____ Investigating Agency **DEA**

City **Boston**

County **Suffolk**

Related Case Information:

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____ New
Magistrate Judge Case Number _____
Search Warrant Case _____
R 20/R 40 from District of _____

## Defendant Information:

Defendant Name **Arturo Rosa**      Juvenile ☐ Yes  ☒ No

Alias Name **Victor**

Address **175 Centre St., Apt 706, Quincy, MA**

Birth date (Year **1953** SSN (last 4 _____ Se **M** Race: **Hispanic** Nationalit **Dom. Rep.**

Defense Counsel if **Unknown**      Address: _____

Bar Number: _____

## U.S. Attorney Information:

AUSA **Neil J. Gallagher**      Bar Number if _____

Interpreter: ☒ Yes ☐ No      List language and/or dialect: **SPANISH**

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested      ☐ Regular Process      ☐ In Custody

Location Status:

Arrest Date: _____

☐ Already in Federal Custody _____ in _____
☐ Already in State _____   ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial    Ordered _____ on _____

Charging Document:  ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeano _____  ☒ Felony **One**

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date **4/6/05**     Signature of _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    Arturo Rosa

|  | Index Key/Code | U.S.C. Citations<br>Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21/846 | conspiracy to distribute cocaine | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

✎JS 45  (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: _____    Category No. __I__    Investigating Agency __DEA__

City    __Boston__    Related Case Information:

County    __Suffolk__    Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____ New _____
Magistrate Judge Case Number _____
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    __Luis Manuel Gonzales-Calderon__    Juvenile  ☐ Yes  ☒ No

Alias Name    __Rafael Jimenez, a/k/a El Gordo__

Address    __4325 Washington St., 2nd Floor, Roslindale, MA__

Birth date (Year    __1971__  SSN (last 4 ____  Se __M__  Race: __Hispanic__  Nationalit __Dom. Rep.__

Defense Counsel if    __Unknown__    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA    __Neil J. Gallagher__    Bar Number if _____

Interpreter:   ☒ Yes  ☐ No    List language and/or dialect:   __SPANISH__

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody _____ in _____ .
☐ Already in State _____    ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial    Ordered _____ on _____

Charging Document:    ☒ Complaint    ☐ Information    ☐ Indictment

Total # of Counts:    ☐ Petty ____    ☐ Misdemeano ____    ☒ Felony  One

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date  4/6/05        Signature of _[signature]_

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Luis Manuel Gonzales-Calderon

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21/846 | conspiracy to distribute cocaine | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION:

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

Place of Offense: _____   Category No. __I__   Investigating Agency __DEA__

City __Boston__   Related Case Information:

County __Suffolk__   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____ New
Magistrate Judge Case Number _____
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Manuel Florentino__   Juvenile ☐ Yes  ☒ No

Alias Name _____

Address __137 Franklin St., Apt. 3, Malden, MA__

Birth date (Year __1963__  SSN (last 4 _____  Se __M__  Race: __Hispanic__  Nationalit __Dom. Rep.__

Defense Counsel if __Unknown__   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Neil J. Gallagher__   Bar Number if _____

Interpreter:  ☒ Yes  ☐ No   List language and/or dialect: __SPANISH__

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody _____ in _____
☐ Already in State _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial   Ordered _____ on _____

Charging Document:  ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeano _____  ☒ Felony  One

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date __4/6/05__   Signature of _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant     Manuel Florentino

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21/846 | conspiracy to distribute cocaine | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** I   **Investigating Agency** DEA

**City** Boston   **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____   **Case No.** _____
Same Defendant _____ New
Magistrate Judge Case Number _____
Search Warrant Case _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  William Martinez                              Juvenile  ☐ Yes  ☒ No

Alias Name  Loro a/k/a Lorito

Address  _____

Birth date (Year  _____   SSN (last 4  _____   Se  M   Race:  Hispanic   Nationalit  Dom. Rep.

Defense Counsel if  Unknown                    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  Neil J. Gallagher                  Bar Number if _____

Interpreter:   ☒ Yes  ☐ No       List language and/or dialect:  SPANISH

Matter to be SEALED:   ☒ Yes   ☐ No

☒ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody _____ in _____
☐ Already in State _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial       Ordered _____ on _____

Charging Document:   ☒ Complaint   ☐ Information   ☐ Indictment

Total # of Counts:   ☐ Petty _____   ☐ Misdemeano _____   ☒ Felony  One

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date 4/6/05           Signature of _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant  William Martinez

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21/846 | conspiracy to distribute cocaine | |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**