UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>vs.<br><br>LEONEL ESMEDY GUERRA-PIMENTEL,<br>    a.k.a. "Leo," a.k.a. Jose Alfredo Santiago;<br>FERNANDO HERNANDEZ-GONZALEZ,<br>    a.k.a. "Nata,"<br>CARLOS J. GONZALEZ-ORTIZ,<br>    a.k.a. "Marcial,"<br>ANGEL R. VASQUEZ,<br>    a.k.a. "Robertico," a.k.a. "Roberto,"<br>ARTURO ROSA,<br>    a.k.a. "Victor," a.k.a. "Peje";<br>LUIS MANUEL GONZALEZ-CALDERON,<br>    a.k.a. "Gordo,"<br>MANUEL FLORENTINO,<br>    a.k.a. "Lilo";<br>WILLIAM MARTINEZ,<br>    a.k.a. "Loro," a.k.a. "Lorito" | M.J. No. 05-M-211 JLA |

## MOTION TO SEAL COMPLAINT AND AFFIDAVIT

The United States of America respectfully moves this Court to to seal the government's affidavit in support of the criminal complaint in the captioned matter. In support of this motion, the government states that this matter concerns an ongoing investigation.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
Neil J. Gallagher, Jr.
Assistant United States Attorney

Date: April 6, 2005

4/6/05 *[handwritten signature]*, M.J. - Allowed