UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES<br><br>vs.<br><br>LEONEL ESMEDY GUERRA-PIMENTEL,<br>   a.k.a. "Leo," a.k.a. Jose Alfredo Santiago;<br>FERNANDO HERNANDEZ-GONZALEZ,<br>   a.k.a. "Nata,"<br>CARLOS J. GONZALEZ-ORTIZ,<br>   a.k.a. "Marcial,"<br>ANGEL R. VASQUEZ,<br>   a.k.a. "Robertico," a.k.a. "Roberto,"<br>ARTURO ROSA,<br>   a.k.a. "Victor," a.k.a. "Peje";<br>LUIS MANUEL GONZALEZ-CALDERON,<br>   a.k.a. "Gordo,"<br>MANUEL FLORENTINO,<br>   a.k.a. "Lilo";<br>WILLIAM MARTINEZ,<br>   a.k.a. "Loro," a.k.a. "Lorito" | M.J. No. 05-M-00211-JLA<br><br><br><br><br><br><br><br><br><br>Alexander, M.J.<br>MOTION ALLOWED<br>by the Court<br>_____<br>Deputy Clerk<br>4/15/05 |

## MOTION TO UNSEAL COMPLAINT AND AFFIDAVIT

The United States of America respectfully moves this Court to unseal the government's complaint and affidavit in support of the criminal complaint in the captioned matter. In support of this motion, the government states that five of the charged defendants have been arrested.

Respectfully submitted,
MICHAEL J. SULLIVAN
United States Attorney

By: _____
Neil J. Gallagher, Jr.
Assistant United States Attorney

Date: April 15, 2005