# UNITED STATES DISTRICT COURT

## District of Massachusetts

| | |
|---|---|
| United States of America, ) | |
| ) | |
| ) | No. 05MJ211 JLA |
| vs. ) | |
| ) | |
| William Martinez ) | |
| ) | |
| _____) | |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Defendant, William Martinez, in the above captioned case.

By: _____
Oriosto Medrano Santana
Attorney for William Martinez

Dated: 4-22-05

Oriosto Medrano Santana, Esq.
14 Village Green Lane, Suite 3
Natick, MA 01760
BBO# 659359
Phone: 617-519-0604
E-mail: Ottomedrano@yahoo.com