✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ MASSACHUSETTS

UNITED STATES OF AMERICA

V.

LEONEL GUERR-PIMENTEL, et al.

**EXHIBIT AND WITNESS LIST**

Case Number:  MJ05-M--211 JLA

| PRESIDING JUDGE ALEXANDER | PLAINTIFF'S ATTORNEY NEIL GALLAGHER | DEFENDANT'S ATTORNEY Verdeccia/Smith/Dominguez/Liston/Segal/Santa |
|---|---|---|
| TRIAL DATE (S) 4/29/05 | COURT REPORTER DIGITAL RECORDING | COURTROOM DEPUTY REX BROWN |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 4/29/05 | direct | | Mark Tully, S/A, DEA |
| 1 | | 4/29/05 | X | X | Complaint and Affidavit of S/A Mark Tully |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.